# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Newsom, Kevin C. | U.S. Court of Appeals, Eleventh Circuit | 05/04/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge (Active) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

Hugo L. Black United States Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Overseer | Samford University |
| 2. | Adjunct Faculty | Cumberland Law School |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newsom, Kevin C. | 05/04/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | Cumberland Law School (teaching) | $11,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Golds Holding Corp (wages) |
| 2. 2020 | LTF Club Management Company LLC (wages) |
| 3. 2020 | Mountain Brook Club (wages) |
| 4. 2020 | Premier Fitness (wages) |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | UVA | February 13-14, 2020 | Charlottesville, VA | Speech | Transportation, meals, lodging |
| 2. | College of William & Mary | February 14-16, 2020 | Williamsburg, VA | Speech | Transportation, meals, lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newsom, Kevin C. | 05/04/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Wells Fargo Bank (cash) | A | Interest | J | T | | | | | |
| 3. Account #1 (H) | | | | | | | | | |
| 4. Stifel Insured Bank Deposit (cash) (X) | A | Interest | J | T | | | | | |
| 5. KKR Real Estate Finance Trust (48251K100) | A | Dividend | | | Sold | 04/28/20 | J | | |
| 6. Dow Jones Industrial Average LIRN Issuer BNS (MLVJV) (06417P801) | | None | K | T | | | | | |
| 7. International Basket LIRN Iss BofA (MLVJW) (097097844) | | None | | | Redeemed | 10/30/20 | K | A | |
| 8. MSCI Emerging Markets CLIRN Iss BofA (MLVJU) (097097885) | | None | | | Redeemed | 11/03/20 | K | D | |
| 9. Russell 2000 CLIRN Iss CIBC (MLVJT) (13606M342) | | None | | | Redeemed | 10/30/20 | K | C | |
| 10. Morgan Stanley Fin LLC Contin Income SECS (61771EAJ7) | | None | K | T | Buy | 10/27/20 | K | | |
| 11. Kraft Foods Group Inc 3.5% Corp Bond 06/06/22 (50076QAZ9) | A | Interest | J | T | | | | | |
| 12. CVS Health Corp 3.5% Corp Bond 07/20/22 (126650CK4) | A | Interest | J | T | | | | | |
| 13. JPMorgan Chase Bank NA Stoxx Glbl Sel (48128HY44) | | None | J | T | | | | | |
| 14. JPMorgan Chase & Co 3.25% Corp Bond 09/23/22 (46625HJE1) | A | Interest | J | T | | | | | |
| 15. JPMorgan Chase Finl Co Cap Lookback Ret ENH (48132PQX5) | | None | K | T | Buy | 10/27/20 | K | | |
| 16. HSBC USA Inc Buf AMPS (40438CXL0) | | None | K | T | Buy | 10/27/20 | K | | |
| 17. Conoco 3.35% Corporate Bond 11/15/24 (20826FAD8) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newsom, Kevin C. | 05/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CitiGroup Blobal Markets Holding Barrier SECS (17328WZA9) | | None | K | T | Buy | 10/27/20 | K | | |
| 19. Account #2 (H) | | | | | | | | | |
| 20. Stifel Insured Bank Deposit (cash) (Y) | | | | | | | | | |
| 21. Bain Capital Specialty Finance (BCSF) | A | Dividend | | | Sold (part) | 03/16/20 | J | | |
| 22. | | | | | Sold | 04/07/20 | J | | |
| 23. KKR Real Estate Finance Trust (KREF) | A | Dividend | | | Sold | 01/31/20 | K | A | |
| 24. Starwood Property Trust Inc (STWD) | A | Dividend | | | Buy (add'l) | 01/14/20 | J | | |
| 25. | | | | | Sold | 08/12/20 | J | | |
| 26. AdvisorShares Dorsey Wright Short ETF (00768Y529) | | None | | | Buy | 04/02/20 | J | | |
| 27. | | | | | Buy (add'l) | 04/07/20 | J | | |
| 28. | | | | | Buy (add'l) | 04/16/20 | J | | |
| 29. | | | | | Buy (add'l) | 04/24/20 | J | | |
| 30. | | | | | Sold | 07/29/20 | K | | |
| 31. Dow Jones Industrial Average LIRN Issuer BNS (MLVJV) (06417P801) | | None | K | T | | | | | |
| 32. MSCI Emerging Markets CLIRN Iss BofA (MLVJU) (097097885) | | None | | | Redeemed | 11/03/20 | K | D | |
| 33. SP500 CLIRN Issuer CIBC (MLVJS) (13606M292) | | None | | | Redeemed | 10/30/20 | K | C | |
| 34. Russell 2000 CLIRN Iss CIBC (MLVJT) (13606M342) | | None | | | Redeemed | 10/30/20 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newsom, Kevin C. | 05/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pioneer Natural Resource 3.45% Corp Bond 01/15/21 (723787AL1) | A | Interest | K | T | | | | | |
| 36. Jefferies Group Inc SR Note (472319AH5) | B | Interest | | | Buy | 04/02/20 | K | | |
| 37. | | | | | Redeemed | 11/30/20 | K | A | |
| 38. JPMorgan Chase Finl Co Cap DUF Ret ENH (48132KGZ2) | | None | K | T | Buy | 03/11/20 | K | | |
| 39. USD Goldcorp Inc 3.625% Corp Bond 06/09/21 (380956AF9) | A | Interest | K | T | | | | | |
| 40. Morgan Stanley Fin LLC Contin Income SECS (61771BT79) | | None | | | Buy | 09/25/20 | K | | |
| 41. | | | | | Redeemed | 12/31/20 | K | | |
| 42. HP Enterprise Co 3.5% Corp Bond 10/05/21 (42824CBC2) | A | Interest | K | T | | | | | |
| 43. Barclays Bank PLC Buf Supertrk Note 0.00% (06747MLP9) | | None | K | T | | | | | |
| 44. HSBC USA Inc Buf Amps Lkd 0.00% (40435UKT0) | | None | K | T | | | | | |
| 45. BofA Finance LLC Note Lkd 0.00% (09709TVP3) | | None | K | T | | | | | |
| 46. Viacom Inc 3.875% Corp Bond 12/15/21 (92553PAJ1) | A | Interest | | | Redeemed | 07/10/20 | K | B | |
| 47. Cigna Corp 4.0% Corp Bond 02/15/22 (125509BS7) | A | Interest | K | T | | | | | |
| 48. GS Finance Corp Contin CPN Note (40056YXB5) | A | Interest | | | Buy | 03/27/20 | K | | |
| 49. | | | | | Redeemed | 07/02/20 | K | | |
| 50. Kraft Food Group Inc 3.5% Corp Bond 06/06/22 (500760AZ9) | A | Interest | K | T | | | | | |
| 51. JPMorgan Chase & Co FLT% Corp Bond 06/18/22 (46647PAT3) | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newsom, Kevin C. | 05/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. GS Finance Corp Contin CPN Note 9.6% (40057CD99) | A | Interest | | | Buy | 06/30/20 | K | | |
| 53. | | | | | Redeemed | 10/05/20 | K | | |
| 54. CVS Health Corp 3.5% Corp Bond 07/20/22 (126650CK4) | A | Interest | K | T | | | | | |
| 55. Morgan Stanley Fin LLC Contin Income Note (61771BC28) | A | Interest | K | T | Buy | 07/30/20 | K | | |
| 56. Celgene Corp 3.55% Corp Bond 08/15/22 (151020AR5) | A | Interest | K | T | | | | | |
| 57. JPMorgan Chase Finl Co Cap Lookback Ret ENH (48132PQX5) | | None | K | T | Buy | 10/30/20 | K | | |
| 58. Murphy Oil Corp Note 4.450% (626717AF9) | B | Interest | K | T | | | | | |
| 59. Morgan Stanley Fin LLC Contin Income Secs (61771EWE4) | | None | K | T | Buy | 12/30/20 | K | | |
| 60. Goldman Sachs Group Inc 3.625% Corp Bond 01/22/23 (38141GRD8) | A | Interest | K | T | | | | | |
| 61. Health Care Reit Inc 3.75% Corp Bond 03/15/23 (42217KBA3) | A | Interest | K | T | | | | | |
| 62. HSBC USA Inc BUF AMPS (40438CXL0) | | None | K | T | Buy | 10/27/20 | K | | |
| 63. GS Finance Corp Leveraged Buf Indx Note (40057ERM1) | | None | J | T | Buy | 12/23/20 | J | | |
| 64. BofA Finance LLC Contin Income Note 12.15% (09709TZ79) | | None | K | T | Buy | 10/29/20 | K | | |
| 65. JPMorgan Chase Bank NA Stoxx Global 0.00% (48128LJE0) | | None | L | T | | | | | |
| 66. Barclays Bank PLC Buf Supertrk Note 0.00% (06747MKB1) | | None | K | T | | | | | |
| 67. Delta Air Lines Inc De Note 2.900% (247361ZU5) | A | Interest | K | T | | | | | |
| 68. CitiGroup Global Markets Holding Barrier SECS (17328WZA9) | | None | K | T | Buy | 10/27/20 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newsom, Kevin C. | 05/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Morgan Stanley Fin LLC Buf Partn Secs (61771ENW4) | | None | J | T | Buy | 12/21/20 | J | | |
| 70. GS Finance Corp Leveraged Buf Indx Note (40057ERL3) | | None | K | T | Buy | 12/23/20 | K | | |
| 71. Synovus Finl Corp Sub Note Fixed/Var 5.750% (87161CAK1) | B | Interest | | | Redeemed | 12/31/20 | K | | |
| 72. Goldman Sachs BDC Inc Sr Note (38147UAD9) | | None | K | T | Buy | 12/15/20 | K | | |
| 73. Goldman Sachs Bank USA Basket (38149JST8) | | None | K | T | Buy | 02/24/20 | K | | |
| 74. United Rent NA Inc SR SECD Note (911365BM5) | A | Interest | K | T | Buy | 10/26/20 | K | | |
| 75. First Eagle Global A (SGENX) | | None | | | Sold | 03/24/20 | L | | |
| 76. Putnam Equity Income Y (PEIYX) | | None | | | Sold | 03/05/20 | K | | |
| 77. Angel Oak Financial Strat Inc Term (FINS) | A | Dividend | J | T | Sold (part) | 03/16/20 | J | | |
| 78. Account #3 (H) | | | | | | | | | |
| 79. CREF Stock R3 Fund | | None | J | T | | | | | |
| 80. CREF Growth R3 Fund | | None | J | T | | | | | |
| 81. CREF Equity Index R3 Fund | | None | J | T | | | | | |
| 82. CREF Global Equities R3 | | None | J | T | | | | | |
| 83. CREF Equity Index R2 Fund | | None | K | T | | | | | |
| 84. CREF Bond Market R2 Fund | | None | J | T | | | | | |
| 85. TIAA Traditional Fund | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newsom, Kevin C.** | 05/04/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  CREF Stock R2 Fund | None | | J | T | | | | | |
| 87.  CREF Growth R2 Fund (X) | None | | J | T | | | | | |
| 88.  CREF Global Equities R2 (X) | None | | J | T | | | | | |
| 89.  CREF Growth R1 Fund (X) | None | | J | T | | | | | |
| 90.  CREF Equity Index R1 Fund | None | | J | T | | | | | |
| 91.  CREF Global Equities R1 (X) | None | | J | T | | | | | |
| 92.  CREF Money Market Fund | None | | J | T | | | | | |
| 93.  Account #4 (H) | | | | | | | | | |
| 94.  Fid Overseas K (FOSKX) | None | | J | T | | | | | |
| 95.  Fid Growth Co K (FGCKX) | None | | J | T | | | | | |
| 96.  Fid OTC K (FOCKX) | None | | J | T | | | | | |
| 97.  Fid 500 Index (FXAIX) | None | | K | T | | | | | |
| 98.  Account #5 (H) | | | | | | | | | |
| 99.  Fid Growth Co K (FGCKX) | None | | K | T | | | | | |
| 100.  Fid OTC Portfolio (FOCKX) | None | | K | T | | | | | |
| 101.  Fid Overseas K (FOSKX) | None | | J | T | | | | | |
| 102.  Fid 500 Index (FXAIX) | None | | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newsom, Kevin C. | 05/04/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Fidelity Money Market Retirement Gov II (FRTXX) | | None | J | T | | | | | |
| 104. Account #6 (H) | | | | | | | | | |
| 105. Stifel Insured Bank Deposit Program (cash) | A | Interest | K | T | | | | | |
| 106. IShares Mid Cap Russell (IWP) | A | Dividend | J | T | Sold (part) | 12/09/20 | J | C | |
| 107. IShares Russell 1000 Growth (IWF) | A | Dividend | K | T | Sold (part) | 03/18/20 | J | D | |
| 108. MSCI Emerging Markets CLIRNS Iss BNS (MLVKT) (06417P678) | | None | | | Redeemed | 11/30/20 | K | D | |
| 109. S&P 500 CLIRN Barclay (MLVFT) (06746R551) | | None | | | Redeemed | 05/29/20 | K | C | |
| 110. Russell 2000 CLIRN Barclay (MLVKR) (06746V701) | | None | | | Redeemed | 11/20/20 | K | D | |
| 111. S&P 500 CLIRN BofA (MLVKQ) (097098115) | | None | | | Redeemed | 11/20/20 | K | D | |
| 112. Deutsche Bank AG Leveraged Index Ret Note (MLTRN) (25156D423) | | None | K | T | | | | | |
| 113. Dow Jones LIRN (MLTJT) (40434G346) | | None | | | Redeemed | 05/29/20 | L | E | |
| 114. HSBC USA Inc Leveraged Idx Ret Note (MLVJJ) (40434N887) | | None | K | T | | | | | |
| 115. S&P 500 CLIRN (MLTDQ) (40435B239) | | None | K | T | | | | | |
| 116. HSBC USA Inc Leveraged Idx Ret (MLZNC) (40435D698) | | None | L | T | | | | | |
| 117. HSBC USA Inc Leveraged Indx Ret Note DJIA (MLTUR) (40435X371) | | None | K | T | | | | | |
| 118. Wells Fargo LIRN Dow Jones Ind Avg (MLVEQ) (94988U557) | | None | K | T | | | | | |
| 119. GS Finance Corp Leveraged Buf Indx Note 0.00% (40056FE92) | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newsom, Kevin C. | 05/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. GS Finance Corp Leveraged Buf Indx Note 0.00% (40056FRN7) | | None | K | T | | | | | |
| 121. GS Finance Corp Bearish Index LKD Note (40056YK60) | | None | | | Buy | 02/26/20 | K | | |
| 122. | | | | | Redeemed | 03/25/20 | K | | |
| 123. GS Finance Corp Leveraged Buf Indx Note 0.00% (40056XMZ6) | | None | K | T | | | | | |
| 124. GS Finance Corp Leveraged Indx Note 0.00% (40056FEL5) | | None | K | T | | | | | |
| 125. JPMorgan Chase Finl Co Bearish Knock Out Note (48132M3R0) | | None | K | T | Buy | 08/24/20 | K | | |
| 126. CitiGroup Global Markets Holding Contin Equity SECS 8.15% (17328WXC7) | | None | K | T | Buy | 09/29/20 | K | | |
| 127. BofA Finance LLC Contin Income CYN 10% (09709T2P5) | | None | K | T | Buy | 11/20/20 | K | | |
| 128. Royal Bank Canada Contin CPN Barrier 14.25 (78016EPK7) | | None | K | T | Buy | 11/20/20 | K | | |
| 129. Morgan Stanley Fin LLC BUF Plus (61771BCE2) | | None | L | T | Buy | 05/26/20 | K | | |
| 130. GS Finance Corp Autocllb Indx Note (40057ENC7) | | None | K | T | Buy | 11/30/20 | K | | |
| 131. BofA Finance LLC Note LKD SX5E (09709TTW1) (X) | | None | K | T | | | | | |
| 132. GS Finance Corp Leveraged BUF Indx Note (40057EHM2) | | None | K | T | Buy | 11/24/20 | K | | |
| 133. GS Finance Corp Leveraged BUF Indx Note (40057EHT7) | | None | K | T | Buy | 11/24/20 | K | | |
| 134. Morgan Stanley Fin LLC Market 0.00% (61769H4T9) | | None | | | Sold | 12/16/20 | K | | |
| 135. Barclays Bank PLC BUF Supertrk Note (06747MKB1) | | None | K | T | | | | | |
| 136. Morgan Stanley Fin LLC BUF Partn SECS 0.00% (61769HMZ5) | | None | K | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Newsom, Kevin C. | 05/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Morgan Stanley Fin LLC BUF Partn SECS 0.00% (61769HSV8) | | None | K | T | | | | | |
| 138. Morgan Stanley Fin LLC BUF Plus (61770FNH5) | | None | K | T | Buy | 03/26/20 | K | | |
| 139. Morgan Stanley Fin LLC BUF Partn SECS (61771BCG7) | | None | K | T | Buy | 05/26/20 | K | | |
| 140. JPMorgan Chase Finl Co Uncap Contin BUF Ret ENH (48132PYJ7) | | None | K | T | Buy | 11/24/20 | K | | |
| 141. American Fund Bal (ABALX) | A | Dividend | L | T | Sold (part) | 11/03/20 | J | A | |
| 142. American Growth (AGTHX) | | None | K | T | | | | | |
| 143. American New World (NEWFX) | | None | | | Sold | 10/02/20 | K | D | |
| 144. Account #7 (H) | | | | | | | | | |
| 145. Stifel Insured Bank Program Money Market (cash) (Y) | | | | | | | | | |
| 146. Bain Capital Specialty Finance (05684B107) | A | Dividend | | | Buy (add'l) | 02/27/20 | J | | |
| 147. | | | | | Sold (part) | 04/06/20 | J | | |
| 148. | | | | | Sold | 04/30/20 | J | | |
| 149. KKR Real Estate Finance Trust Inc (KREF) | A | Dividend | | | Sold (part) | 04/24/20 | J | | |
| 150. | | | | | Sold | 04/28/20 | J | | |
| 151. Advisorshares Dorsey Wright Short ETF (00768Y529) | | None | | | Buy | 02/20/20 | K | | |
| 152. | | | | | Sold | 02/26/20 | K | B | |
| 153. | | | | | Buy | 04/16/20 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newsom, Kevin C.** | 05/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 06/09/20 | J | | |
| 155. | | | | | Sold | 07/29/20 | J | | |
| 156. Ishares Silver Trust (SLV) | | None | | | Buy | 07/27/20 | J | | |
| 157. | | | | | Sold | 08/19/20 | J | A | |
| 158. Stifel Finl Corp Dep Shs Repstg 6.125% (860630870) | A | Dividend | K | T | Buy | 05/13/20 | K | | |
| 159. Etowah Cnty AL Wts B/E B/Q 1.85% (297749GR8) | A | Interest | | | Redeemed | 05/01/20 | K | A | |
| 160. Morgan Stanley 2.65% Corp Bond 01/27/20 (61747YDW2) | A | Interest | | | Redeemed | 01/27/20 | K | | |
| 161. Goldman Sachs 2.6% Corp Bond 04/23/20 (38148LAA4) | A | Interest | | | Redeemed | 03/23/20 | K | | |
| 162. American Express FLT% Corp Bond 09/14/20 (0258M0DY2) | A | Interest | | | Redeemed | 08/14/20 | K | | |
| 163. Sara Lee Corp Note (803111AS2) | A | Interest | | | Buy | 03/23/20 | K | | |
| 164. | | | | | Redeemed | 09/15/20 | K | | |
| 165. JP Morgan Chase 2.55% Corp Bond 10/29/20 (46625HNX4) | A | Interest | | | Redeemed | 09/29/20 | K | | |
| 166. Autonation Inc 3.35% Corp Bond 01/15/21 (0258M0DY2) | A | Interest | K | T | | | | | |
| 167. Kroger Co 2.6% Corp Bond 02/01/21 (501044DB4) | A | Interest | K | T | | | | | |
| 168. Citigroup Inc 2.7% Corp Bond 03/30/21 (172967KK6) | A | Interest | K | T | | | | | |
| 169. Verizon Commns Inc Note (92343VAX2) | A | Interest | | | Buy | 03/20/20 | K | | |
| 170. | | | | | Redeemed | 06/29/20 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newsom, Kevin C. | 05/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. USD Goldcorp Inc 3.625% Corp Bond 06/09/21 (380956AF9) | A | Interest | K | T | | | | | |
| 172. Wells Fargo 2.1% Corp Bond 07/26/21 (949746SA0) | A | Interest | K | T | | | | | |
| 173. Freeport McMoran Inc Sr Note Cpn 4.00% (35671DBH7) | A | Interest | | | Redeemed | 04/03/20 | K | B | |
| 174. Morgan Stanley Fin LLC Contin Incm SECS (61771BT79) | | None | | | Buy | 09/25/20 | K | | |
| 175. | | | | | Redeemed | 12/31/20 | K | | |
| 176. Canada Nat Res 3.45% Corporate Bond 11/15/21 (136385AR2) | A | Interest | K | T | | | | | |
| 177. Williams Partners 4.0% Corp Bond 11/15/21 (96950FAH7) | A | Interest | K | T | | | | | |
| 178. JPMorgan Chase Finl Co Cap BUF Eqty Note (4813P3G7) | | None | K | T | Buy | 11/25/20 | K | | |
| 179. Cigna Corp 4.0% Corp Bond 02/15/22 (125509BS7) | A | Interest | K | T | | | | | |
| 180. Verizon Comm 2.946% Corp Bond 03/15/22 (92343VDQ4) | A | Interest | K | T | | | | | |
| 181. JPMorgan Chase Finl Co Contin CPN CYN 15% (48132K2S3) | B | Interest | | | Buy | 05/05/20 | K | | |
| 182. | | | | | Redeemed | 11/04/20 | K | | |
| 183. Amgen Inc 2.65% Corp Bond 05/11/22 (031162CP3) | A | Interest | K | T | | | | | |
| 184. Morgan Stanley 2.75% Corp Bond 05/19/22 (61744YAH1) | A | Interest | K | T | | | | | |
| 185. Murphy Oil Corp Sr Note 4.00% (626717AD4) | A | Interest | K | T | | | | | |
| 186. Kraft Food Group 3.5% Corp Bond 06/06/22 (500760AZ9) | A | Interest | K | T | | | | | |
| 187. BOFA Finance LLC Contin Incm YLD NT 6.65% (09709TT68) | A | Interest | K | T | Buy | 09/25/20 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newsom, Kevin C. | 05/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. USD Cenovus Energy 3.0% Bond 08/15/22 (15135UAG4) | A | Interest | K | T | | | | | |
| 189. Kinder Morgan Ener Part 3.95% Corp Bond 09/01/22 (494550BL9) | A | Interest | K | T | | | | | |
| 190. Hewlett-Packard Co 4.05% Corp Bond 09/15/22 (428236BXO) | B | Interest | K | T | | | | | |
| 191. Oneok Partners 3.375% Corp Bond 10/01/22 (68268NAJ2) | A | Interest | K | T | | | | | |
| 192. McKesson Corp New Note 2.700% (581557AZ8) | B | Interest | L | T | | | | | |
| 193. Morgan Stanley Fin LLC Contin Incm Secs (61771EWE4) | | None | K | T | Buy | 12/30/20 | K | | |
| 194. CBS Corp New Gtd Sr Note 2.500% (124857AS2) | A | Interest | K | T | | | | | |
| 195. CVS Health Corp 3.7% Corp Bond 03/09/23 (126650CVO) | A | Interest | K | T | | | | | |
| 196. Southwest Airlines Co Unsecd Note (844741BH0) | A | Interest | K | T | Buy | 04/30/20 | K | | |
| 197. Morgan Stanley 4.1% Corp Bond 05/22/23 (61747YDU6) | B | Interest | K | T | | | | | |
| 198. USD Cenovus Energy 3.8% Bond 09/15/23 (15135UAJ8) | A | Interest | | | Sold | 05/19/20 | K | | |
| 199. Morgan Stanley Fin LLC Mkt LKD Note (61770FCS3) | | None | K | T | Buy | 01/27/20 | K | | |
| 200. Citigroup Inc FLT% Corp Bond 05/17/24 (172967LL3) | A | Interest | K | T | | | | | |
| 201. Hess Corp 3.5% Corp Bond 07/15/24 (42809HAF4) | A | Interest | | | Sold | 02/21/20 | K | A | |
| 202. Fluour Corp New Sr Note 3.500% (343412AC6) | | None | | | Sold | 02/20/20 | K | | |
| 203. Vulcan Matls Co Note 4.500% (929160AS8) | B | Interest | K | T | | | | | |
| 204. Autozone Inc 3.25% Corp Bond 04/15/25 (053332AR3) | A | Interest | K | T | | | | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Newsom, Kevin C. | 05/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Opus Bk Irvine CA Sub Note Var Cpn 0.000% (684000AA0) | B | Interest | K | T | | | | | |
| 206. Synovus Finl Corp Sub Note Var Cpn 5.900% (87161CAM7) | C | Interest | L | T | | | | | |
| 207. Pacific Premier Bancorp Inc Sub Note FXD/ VAR (69478XAE5) | A | Interest | K | T | Buy | 06/10/20 | K | | |
| 208. Angel Oak Dynamic Financial Strategies Income Term Trust (03462A102) | A | Dividend | | | Buy | 06/26/20 | K | | |
| 209. | | | | | Sold (part) | 11/03/20 | J | | |
| 210. | | | | | Sold | 11/30/20 | J | | |
| 211. Angel Oak Financial Strat Inc Term Trust (03464A100) | A | Dividend | | | Sold (part) | 03/13/20 | J | | |
| 212. | | | | | Sold | 03/18/20 | J | | |
| 213. Account #8 (H) | | | | | | | | | |
| 214. Virginia 529 2024 Age-Based Portfolio | | None | N | T | | | | | |
| 215. Account #9 (H) | | | | | | | | | |
| 216. My529 Age-Based Aggressive Global Portfolio | C | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newsom, Kevin C. | 05/04/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kevin C. Newsom**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544